# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JEAN WILHEM DATUS | : | DOCKET NO. 2:09-cv-153 |
| | | SECTION P |
| VS. | : | JUDGE MINALDI |
| MICHAEL MUKASEY, ET AL. | : | MAGISTRATE JUDGE KAY |

## ORDER

Jean Wilhem Datus filed a *habeas corpus* petition in the above-captioned matter on January 26, 2009. Doc. 1. On June 26, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Datus was released from detention pursuant to an order of supervision pending removal on June 9, 2009. Doc. 12.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Mr. Datus shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this 1st day of July, 2009.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE